**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/27/2023

**REYES, ET AL.,**

          **Plaintiffs,**

-against-

**F & J RESTAURANT LLC ET AL.,**

          **Defendants.**

**22-cv-10807 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On December 12, 2022, Plaintiffs filed a Complaint commencing this action against Defendants F & J Pine Restaurant LLC, 4A Kids LLC, A & A Restaurant Inc., and Anthony Bastone. ECF No. 1. Plaintiff served Defendant Bastone on January 3, 2023, and his answer was due on January 24, 2023. ECF No. 8. Plaintiffs served Defendants F & J Pine Restaurant LLC, 4A Kids LLC, and A & A Restaurant Inc. on January 31, 2023. ECF No. 10. Their answers were due February 21, 2023. To date, no answer or response has been filed.

Plaintiffs are hereby **ORDERED** to submit a status report on the current status of this action by no later than **March 8, 2023**.

**SO ORDERED.**

Dated:    **February 27, 2023**
            **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**