```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/27/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**REYES, ET AL.,**

                **Plaintiffs,**

-against-

**F & J RESTAURANT LLC ET AL.,**

                **Defendants.**

**22-cv-10807 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On December 12, 2022, Plaintiff filed a Complaint commencing this action against Defendants F & J Pine Restaurant LLC, 4A Kids LLC, A & A Restaurant Inc., and Anthony Bastone. ECF No. 1. On April 10, 2023, the parties requested a referral to the Court-annexed mediation program to facilitate possible resolution. ECF No. 17. The Court granted this request and a mediation referral order was issued on April 19, 2023. ECF No. 19.

    The parties are hereby **ORDERED** to submit a status report on the current status of this action by no later than **August 2, 2023.**

**SO ORDERED.**

**Dated:    July 27, 2023**
            **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**